IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REBECCA ASIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-cv-168 (LMB/IDD) |
| ) | |
| NEW HOPE HOUSING, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 5, 2021, the Court granted plaintiff Rebecca Asin's ("plaintiff") pro se Motion for Time Extension, requesting 45 days to locate new counsel to represent her in this matter. On June 9, 2021, new counsel had not noticed an appearance, and plaintiff had not advised of her intention to proceed pro se. As a result, the Court ordered that no later than June 18, 2021, plaintiff advise whether she planned to pursue her claims, and that failure to respond by the deadline would result in the dismissal of her Complaint without prejudice. June 18, 2021 has passed without any indication from plaintiff that she intends to pursue her claims, and defendant New Hope Housing, Inc. ("defendant") has filed a Motion to Dismiss the Complaint without prejudice. Because the Court finds that plaintiff has abandoned her claims, defendant's Motion to Dismiss [Dkt. No. 14] is GRANTED, and it is hereby

ORDERED that this civil action be and is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to plaintiff, pro se, and to close this civil action.

Entered this 24 day of June, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge